IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NIJA SYVALLUS BONHOMME, #206000     PLAINTIFF

VS.     CIVIL ACTION NO. 3:18-CV-91-CWR-FKB

OFFICER K. BURKE and
NURSE JANE UNKNOWN     DEFENDANTS

## SUGGESTION OF DEATH OF PLAINTIFF

COMES NOW Defendant Kevin Burkes (improperly sued as "Officer K. Burke"), by and through counsel, and files this Suggestion of Death pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure[1]. It is believed and understood that Plaintiff Nija Bonhomme died on August 20, 2018.

Respectfully submitted, this the 22nd day of August, 2018.

KEVIN BURKES, DEFENDANT

BY:    /s/ Steven J. Griffin
          OF COUNSEL

STEVEN J. GRIFFIN - BAR # 103218
sgriffin@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE: (601) 969-7607
FACSIMILE: (601) 969-1116

---

[1] See www.clarionledger.com/story/news/2018/08/21/eighth-inmate-dies-mdoc-custody-august/1052515002/

-2-

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which provided notice to all counsel of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

     Nija Syvallus Bonhomme,  #206000
     Wilkinson County Correctional Facility
     2999 Highway 61 North
     P.O. Box 1079
     Woodville, MS 39669

                                                  */s/ Steven J. Griffin*